SYLVESTER G. SCOTT, Appellant, *v.* THE
STATE OF NEVADA, Respondent.

No. 7440

July 26, 1974                                    525 P.2d 600

*H. Rodlin Goff,* State Public Defender, for Appellant.

*Roy A. Woofter,* District Attorney, and *Daniel M. Seaton,* Chief Appellate Deputy District Attorney, Clark County, for Respondent.

## OPINION

*Per Curiam:*

The record on this appeal from the denial of post-conviction relief refutes the appellant's contention that his plea of guilty to the charge of armed robbery was induced by promises that were not kept. The prosecution honored its promises to dismiss other pending charges and not to oppose probation, or any attempt by the appellant to be admitted to a drug treatment program. Cf. Riley v. Warden, 89 Nev. 510, 515 P.2d 1269 (1973).

Affirmed.